IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA VENSON                                                  PLAINTIFF

VS.                CASE NO. 3:17CV00202 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                       DEFENDANT

**ORDER**

The plaintiff's unopposed motion for a 30 day extension in which to file her appeal brief (docket entry no. 11) is granted. The plaintiff is directed to submit the brief on or before January 21, 2018.

IT IS SO ORDERED this 20th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE