IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONNA VENSON**                                                      **PLAINTIFF**

**VS.**                         **CASE NO. 3:17CV00202 PSH**

**NANCY A. BERRYHILL, Commissioner,**
    **Social Security Administration**                               **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 26th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE